UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _____

18-CV-24414

ALFRED J. GOLDEN, JR.,

    Plaintiff,

vs.

UNIVERSITY OF MIAMI,
a Florida not-for-profit corporation,

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:   **UNIVERSITY OF MIAMI**
      c/o - HUMBERTO E. SPEZIANI – Registered Agent
      UM RISK MANAGEMENT
      1320 SOUTH DIXIE HIGHWAY - SUITE1200
      CORAL GABLES, FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ, P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard D. Tuschman, Esq.
**RICHARD D. TUSCHMAN, P.A.**
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone: (954) 369-1050
Facsimile: (954) 380-8938
rtuschman@gtemploymentlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Oct 24, 2018__

**SUMMONS**

s/ DIMAS RODRIGUEZ  _Clerk_
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court