IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALFRED J. GOLDEN, JR.,

    Plaintiff,                                     Case No. 1:18-cv-24414-DPG

vs.                                                    JURY TRIAL DEMANDED

UNIVERSITY OF MIAMI, a Florida not-for profit corporation,

    Defendant.
-----------------------------------------------------------
UNIVERSITY OF MIAMI, a Florida not-for-profit corporation,

    Counter-Plaintiff,

vs.

ALFRED J. GOLDEN, JR.,

    Counter Defendant.
_____/

**JOINT SCHEDULING REPORT**

Plaintiff, Alfred J. Golden, Jr. ("Golden"), and Defendant, University of Miami (the "University"), by and through their undersigned counsel and pursuant to the Court's Order dated November 16, 2018 (D.E. 8), hereby submit their Joint Conference Report and Proposed Scheduling Order.

**A.    The likelihood of settlement**

Settlement is not likely at this time. However, the parties will negotiate in good faith and continue to explore the possibility of resolving this case throughout the course of the litigation.

**B.    The likelihood of appearance in the action of additional parties**

No additional parties are anticipated at this time.

**C.    Proposed limits on the time**

    **(i)    to join other parties and to amend the pleadings:** February 15, 2019

    **(ii)    to file and hear motions:**

        a)    Summary judgment and other dispositive motions shall be filed by August 23, 2019, and heard by the Court once fully-briefed.

        b)    *Daubert* motions and all other pretrial motions shall be filed August 23, 2019, and heard by the Court once fully-briefed.

    **(iii)    to complete fact discovery:** June 7, 2019

    **(iv)    to complete expert discovery:** July 12, 2019

**D.    Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**

At this time, the parties do not have any proposals for the formulation and simplification of the issues. The parties propose August 23, 2019, as the deadline for the parties to file motions for summary judgment.

**E.    The necessity or desirability of amendments to the pleadings**

No amendments to the pleadings are necessary or anticipated at this time.

**F.    The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence**

At this time, it is unknown whether admissions of fact, documents, electronically-stored information or things will be an issue. The parties will endeavor to resolve as many evidentiary

issues as possible by means of admissions and stipulations. Aside from potential *Daubert* challenges, the parties do not anticipate the need for advanced rulings from the Court on admissibility of evidence.

**G.      Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The parties have no suggestions at this time but shall meet to discuss this issue following the applicable discovery cut-off date and before the pretrial conference to avoid unnecessary or cumulative evidence.

**H.      Suggestions on the advisability of referring matters to a Magistrate Judge or master**

The parties do not agree to the referral of any matters, except discovery matters, to Magistrate Judge Alicia M. Otazo-Reyes.

**I.      A preliminary estimate of the time required for trial**

The parties estimate that the trial of this matter will take four-to-five (4-5) days.

**J.      Requested date or dates for conferences before trial, a final pretrial conference, and trial**

The parties request that trial in this matter be set for trial during the trial period commencing February 3, 2020, and that a final pretrial conference be held during the preceding week. The parties are not presently aware of the need for any other conference before trial.

**K.      Any other information that might be helpful to the Court in setting the case for status or pretrial conference**

The parties have no such information at this time.

**L.     Additional items**

Pursuant to the Court's Order dated November 16, 2018 (D.E.8), attached hereto is the parties' jointly proposed scheduling order.

Respectfully submitted this 5th day of December, 2018,

| | |
|---|---|
| By:_____<br>Richard D. Tuschman<br>Richard D. Tuschman, P.A.<br>8551 W. Sunshine Boulevard, Suite 303<br>Plantation, Florida 33322<br>Telephone: (954) 369-1050<br>Fax: (954) 380-8938.<br>Email:<br>rtuschman@gtemploymentlawyers.com<br>assistant@gtemploymentlawyers.com | By: /s/ Christopher A. Ajizian_____<br>Eric D. Isicoff<br>Florida Bar No. 372201<br>Isicoff@irlaw.com<br>Teresa Ragatz<br>Florida Bar No. 545170<br>Ragatz@irlaw.com<br>Christopher A. Ajizian<br>Florida Bar No. 1010170<br>Ajizian@irlaw.com |
| By:_____<br>Mark J. Beutler<br>Law Offices of Mark J. Beutler, P.A.<br>One Datran Center<br>9100 South Dadeland Boulevard, Suite 1500<br>Miami, Florida 33156<br>Telephone: (786) 497-7710<br>Fax: (786) 513-4651<br>Email:<br>mjb@mjbpa.com<br>mwooduk@mjbpa.com | *Counsel for Defendant, University of Miami* |

*Counsel for Plaintiff, Alfred J. Golden, Jr.*