UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24414-CIV-GAYLES/OTAZO-REYES

ALFRED J. GOLDEN, JR.,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

### ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of December, 2018.

                                                                   _____
                                                                   ALICIA M. OTAZO-REYES
                                                                   UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
        Counsel of Record

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge  LAUREN FLEISCHER LOUIS                   .

All documents for filing this case shall carry the following case number and designation: 18-CV-24414-GAYLES/LOUIS                        .

BY ORDER of the Court this _____17th_____ day of December, 2018.

CLERK OF COURT

BY:  s/Yvette Y. Alexander
      Deputy Clerk

cc:   United States District Judge Darrin P. Gayles
     Counsel of Record