**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ALFRED J. GOLDEN, JR.,

    Plaintiff,                              **Case No. 1:18-cv-24414-DPG**

vs.

UNIVERSITY OF MIAMI, a Florida not-for profit corporation,

    Defendant.
_____
UNIVERSITY OF MIAMI, a Florida not-for-profit corporation,

    Counter-Plaintiff,

vs.

ALFRED J. GOLDEN, JR.,

    Counter-Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION AND SCHEDULING MEDIATION

Plaintiff, ALFRED J. GOLDEN, JR., by and through his undersigned counsel and pursuant to this Court's Order (D.E. 12), gives notice that the mediation conference in this matter shall be held on <u>March 15, 2019</u>, at <u>10:00 a.m.</u> with mediator, Patricia Thompson, located at JAMS - 600 Brickell Avenue, Suite 2600, Miami, Florida 33131.

Dated this 18th day of January 2019.

Case No. 1:18-cv-24414-DPG

Respectfully submitted,

*s/ Mark J. Beutler*
Mark J. Beutler, Esq.
Florida Bar No. 0023400
E-mail: mjb@mjbpa.com
**LAW OFFICES OF MARK J. BEUTLER, P.A.**
One Datran Center – Suite 1500
9100 South Dadeland Boulevard
Miami, FL  33156
Tel: 786-497-7710 |Fax: 786-513-4651

*/s/ Richard D. Tuschman*
Richard D. Tuschman, Esq.
Florida Bar No. 907480
E-mail: rtuschman@gtemploymentlawyers.com
E-mail: assistant@gtemploymentlawyers.com
**RICHARD D. TUSCHMAN, P.A.**
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Tel: (954) 369-1050 | Fax: (954) 380-8938

*Attorneys for Plaintiff*

Case No. 1:18-cv-24414-DPG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**/s/ Mark J. Beutler**
Mark J. Beutler, Esq.

## SERVICE LIST
### Case No. 1:18-cv-24414-DPG

Eric D. Isicoff, Jr., Esq.
Florida Bar No. 372201
isicoff@irlaw.com
Teresa Regatz, Esq.
Florida Bar No. 545170
ragatz@irlaw.com
Christopher A. Ajizian
Florida Bar No. 1010170
Ajizian@irlaw.com
**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel.: (305) 373-3232
Fax: (305) 373-3233

*Attorneys for Defendant*