UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALFRED J. GOLDEN, JR.,                    CASE NO. 1:18-cv-24414-DPG

     Plaintiff,

vs.

UNIVERSITY OF MIAMI, a Florida
not-for-profit corporation,

     Defendant.
-----------------------------------------------------------
UNIVERSITY OF MIAMI, a Florida
not-for-profit corporation,
     Counter-Plaintiff,

vs.

ALFRED J. GOLDEN, JR.,

     Counter-Defendant.
_____/

## MEDIATOR'S REPORT

COMES NOW the undersigned JAMS mediator who reports to the Court that the parties mediated the above-captioned case on March 15, 2019. The mediator reports that the parties were unable to reach an agreement and the case is at an impasse.

RESPECTUFLLY SUBMITTED this 20th day of March, 2019 by:

*Patricia H. Thompson*
Patricia Thompson
JAMS Mediator